AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Nominee Report

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smoak, John R | 2. Court or Organization<br><br>U. S. District Court, ND Fla. | 3. Date of Report<br><br>6/9/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>**District Judge Nominee** | 5. ReportType (check appropriate type)<br><br>● Nomination.  Date  **6/8/2005**<br><br>○ Initial  ○ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>6/7/2005 |
| 7. Chambers or Office Address<br><br>103 West Fifth Street<br><br>Panama City FL 32401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## L POSITIONS.   (Reporting individual only: see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Proprietor | Law Office of Richard Smoak |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only: see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Self-employed, lawyer | $100,567 |
| 2. | 2004 | Self-employed, lawyer | $218,213 |
| 3. | 2003 | Self-employed, lawyer | $184,578 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Assistant State Attorney, salary |
| 2. | 2004 | Assistant State Attorney, salary |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Key Education Resources | Student loans | L |
| 2. American Express | Credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Smoak, John R | 6/9/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g. div, rent, or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bay Bank & Trust accounts | A | Interest | K | T | EXEMPT | | | | |
| 2. SunTrust account | A | Interest | J | T | | | | | |
| 3. Equitable Life policy | | None | K | U | | | | | |
| 4. Equitable Life policy | | None | K | U | | | | | |
| 5. SCBT Financial Corp. | A | Dividend | K | T | | | | | |
| 6. USAA Florida Tax-Free Money Market Fund | A | Interest | K | T | | | | | |
| 7. USAA S&P 500 Index Fund | | None | J | U | | | | | |
| 8. Scudder Capital Growth Fund (IRA) | | None | K | U | | | | | |
| 9. Vanguard Mid-Cap Index Fund (IRA) | | None | K | U | | | | | |
| 10. Vanguard Small Company Growth Fund (IRA) | | None | J | U | | | | | |
| 11. USAA Life World Growth Fund (IRA) | | None | K | U | | | | | |
| 12. Alger American Growth Fund (IRA) | | None | K | U | | | | | |
| 13. Vanguard REIT Index Fund (IRA) | | None | J | U | | | | | |
| 14. USAA Life World Growth Fund (IRA) | | None | J | U | | | | | |
| 15. USAA Life Aggressive Growth Fund (IRA) | | None | J | U | | | | | |
| 16. USAA Balanced Strategy Fund (IRA) | | None | K | U | | | | | |
| 17. USAA Cornerstone Strategy Fund (IRA) | | None | J | U | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Extended Market Index Fund (IRA) | | None | J | U | EXEMPT | | | | |
| 19. USAA Nasdaq-100 Index Fund (IRA) | | None | J | U | | | | | |
| 20. USAA S&P 500 Index Fund (IRA) | | None | J | U | | | | | |
| 21. USAA S&P Index Fund (IRA) | | None | K | U | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smoak, John R | 6/9/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smoak, John R | 6/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____        Date 6/9/2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 27 | 380 | Notes payable to banks–secured | | | 00 |
| U.S. Government securities–add schedule | | 00 | Notes payable to banks–unsecured | | 62 | 436 |
| Listed securities–add schedule | 43 | 837 | Notes payable to relatives See Mortgage Schedule | | | |
| Unlisted securities––add schedule | | 00 | Notes payable to others | | | 00 |
| Accounts and notes receivable: | | | Accounts and bills due | | | 00 |
| Due from relatives and friends | | 00 | Unpaid income tax | | | 00 |
| Due from others | 18 | 993 | Other unpaid income and interest | | | 00 |
| Doubtful | | 00 | Real estate mortgages payable–add schedule | | 166 | 604 |
| Real estate owned–add schedule | 2 000 | 000 | Chattel mortgages and other liens payable | | 1 | 065 |
| Real estate mortgages receivable | | 00 | Other debts–itemize: | | | 00 |
| Autos and other personal property | 200 | 700 | | | | 00 |
| Cash value–life insurance | 67 | 725 | | | | 00 |
| Other assets itemize: | | | | | | 00 |
| Law Office Library, Furniture | | | | | | 00 |
| & Equipment | 40 | 000 | | | | 00 |
| Retirement Accounts | 219 | 718 | Total liabilities | | 230 | 105 |
| | | | Net Worth | 2 | 388 | 248 |
| Total Assets | 2 618 | 353 | Total liabilities and net worth | 2 | 618 | 353 |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | N/A | Are any assets pledged? (Add See schedule) Attached Chattel Mortgage Schedule | | | Yes |
| On leases or contracts | | N/A | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | N/A | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | N/A | | | | |
| Other special debt | | N/A | | | | |

32